■ The People of the State of New York, Respondent, v Damon Thomas, Appellant. [983 NYS2d 889]—Appeal by the defendant from a resentence of the Supreme Court, Kings County (Carroll, J.), imposed July 11, 2013, upon his conviction of robbery in the first degree, upon a jury verdict, after remittitur from this Court for resentencing (*see People v Thomas*, 103 AD3d 923 [2013]), the resentence being a determinate term of imprisonment of 10 years and a period of postrelease supervision of five years.

Ordered that the resentence is affirmed.

The resentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Dillon, J.P., Leventhal, Chambers and LaSalle, JJ., concur.

■ The People of the State of New York, Respondent, v Irving Velez, Appellant. [983 NYS2d 873]—Appeal by the defendant from an order of the Supreme Court, Kings County (Sullivan, J.), dated February 9, 2011, which denied his motion to be resentenced pursuant to CPL 440.46 on his conviction of criminal possession of a controlled substance in the third degree, which sentence was originally imposed, upon his plea of guilty, on February 20, 2003. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which she moves for leave to withdraw as counsel for the appellant.

Ordered that the appeal is dismissed as academic; and it is further,

Ordered that assigned counsel's application for leave to withdraw as counsel is denied as academic.

Inasmuch as the maximum term of the defendant's sentence expired during the pendency of this appeal, "any issues which relate to the length of his sentence are academic" (*People v Conklin*, 46 AD3d 698, 698 [2007]; *see People v Gonzalez*, 113 AD3d 792 [2014]). Rivera, J.P., Dickerson, Cohen, Hinds-Radix and Maltese, JJ., concur. **[Prior Case History: 2011 NY Slip Op 30881(U).]**